

**FILED**

MAR 3 0 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re Matter of ) | Cr. F. No. 1:06MJ00084 SMS |
| ) | |
| CRIMINAL COMPLAINT AND ARREST ) | ORDER SEALING ARREST WARRANT AND |
| WARRANTS AUTHORIZED ON MARCH ) | CRIMINAL COMPLAINT AND |
| 29, 2006, TO ARREST ) | AFFIDAVIT, MEMORANDUM FOR |
| ) | SEALING ORDER, AND DECLARATION |
| RANDOLPH A. PICCHI AND ) | |
| GERRILYNNE PICCHI. ) | **Under Seal** |
| ) | |

   The United States having applied to this Court for an order permitting it to file under seal the arrest warrants, criminal complaint and affidavit in the above-captioned proceedings, together with the accompanying Declaration of Karen A. Escobar, Assistant U.S. Attorney, and good cause appearing thereof,

   IT IS SO ORDERED, that this order, the arrest warrants, criminal complaint, and affidavit in the above-entitled proceedings, together with the Application of the United States Attorney, Memorandum in Support thereof, and the accompanying Declaration of Karen A. Escobar, Assistant U.S. Attorney, shall remain under seal and shall not be disclosed pending further order

1 | of this court.
2 | DATED:   March 29, 2006

_____
Honorable Sandra M. Snyder
U.S. Magistrate Judge