

MAR 3 1 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

McGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.: 1:06-mj-00084 SMS |
| Plaintiff, | ) | |
| v. | ) | REQUEST BY THE UNITED STATES TO UNSEAL CRIMINAL COMPLAINT |
| RANDOLPH A. PICCHI, and GERRILYNNE PICCHI, | ) | |
| Defendants. | ) | |

Comes now the United States, by and through its attorneys of record, McGREGOR W. SCOTT, United States Attorney, and Laurel J. Montoya, Assistant United States Attorney, and request leave of the Court to unseal the Criminal Complaint and the Warrant For Arrest in the above-referenced matter.

DATED: March 31, 2006               Respectfully submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney


                                    By: /S/ Laurel J. Montoya
                                        LAUREL J. MONTOYA
                                        Assistant U.S. Attorney

IT IS SO ORDERED:

DATED: March 31, 2006               _____
                                    Hon. LAWRENCE J. O'NEILL
                                    U.S. Magistrate Judge

1