```
 1   J.M. IRIGOYEN #177626
     Attorney at Law
 2   J.M. IRIGOYEN LAW CORPORATION
     2131 Amador
 3   Fresno, CA 93721

 4   559.233.3333

 5
     Attorney for Defendant
 6   RANDOLPH A. PICCHI

 7
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 06-cr-00132-OWW |
| Plaintiff, | ) | |
| vs. | ) | SUBSTITUTION OF ATTORNEYS |
| RANDOLPH A. PICCHI, | ) | |
| Defendant. | ) | |

J.M. IRIGOYEN, Attorney at Law is hereby substituted as attorney of record for the Defendant, RANDOLPH A. PICCHI, in place and instead of the Federal Defender or M. Lizarraga, Attorney at Law.

I hereby consent to the above substitution.

DATED: 04-12-06

                                        S/J.M. Irigoyen
                                  _____
                                    J.M. Irigoyen, Esq.

I hereby consent to the above substitution.

DATED: 04-13-06

                                        S/Eric Kerston
                                    _____
                                    Federal Defender

I hereby consent to the above substitution.

DATED: 04-12-06

                                             S/Randolph Picchi
                                         _____
                                         Randolph A. Picchi

**IT IS SO ORDERED**

```
 1  I hereby certify that on September 6, 2005, I
 2  electronically filed the foregoing SUBSTITUTION OF
 3  ATTORNEYS with the Clerk of the Court using the CM/ECF
 4  System which will send notification of such filing to
 5  CM/ECF participant(s).
 6
 7  Dated: September 6, 2005
 8  s/J.M. Irigoyen
 9  J. M. Irigoyen
```

IT IS SO ORDERED.

**Dated:   April 19, 2006**                           **/s/ Oliver W. Wanger**
emm0d6                                        UNITED STATES DISTRICT JUDGE