McGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
4401 Federal Courthouse
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:06-cr-00132 OWW |
| Plaintiff, | ) | |
| v. | ) | STIPULATION TO CONTINUE MOTIONS HEARING AND ORDER THEREON |
| RANDOLPH PICCHI, and GERILYNNE PICCHI, | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the status conference hearing currently set for **February 21, 2007** may be continued to **March 12, 2007 at 9:00 a.m.**

This request is being made due to the fact that additional discovery is outstanding and the government expects to receive it by Friday, February 16, 2007. This discovery, which consists of recordings and reports, may have a bearing on the anticipated motions and on the settlement negotiations. Once received, the items need to be copied and distributed to defense counsel. An offer has been conveyed and a counter-offer has been received. The parties need additional time to negotiate this matter and review the forthcoming discovery. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including

///

///

///

1  but not limited to, the need for the period of time set forth herein for effective defense preparation
2  pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i).

3  Dated: February 15, 2007                        McGREGOR W. SCOTT
                                                   United States Attorney

5                                                  By: /s/ Laurel J. Montoya
                                                   LAUREL J. MONTOYA
6                                                  Assistant U.S. Attorney

8  Dated: February 15, 2007                         /s/ J.M. Irigoyen
                                                   J.M. IRIGOYEN
9                                                  Attorney for the Defendant Randolph
                                                   Picchi

11 Dated: February 15, 2007                         /s/ Michael MacGinnis
                                                   MICHAEL MACGINNIS
12                                                 Attorney for Defendant Gerrilynne
                                                   Picchi

16                            ORDER CONTINUING HEARING DATE
17         IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§
18 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i).
19 IT IS SO ORDERED.
20 **Dated:   February 15, 2007**                   /s/ **Oliver W. Wanger**
   emm0d6                                          UNITED STATES DISTRICT JUDGE