1

2

3

4

5                          **UNITED STATES DISTRICT COURT**

6                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**

7

8    **UNITED STATES OF AMERICA,**              **1:06-cr-132-LJO**

9                        **Plaintiff,**          **ORDER RE DEFENDANT'S DEMAND**
                                                 **FOR SPEEDY TRIAL**
10                          **v.**

11   **RANDY PICCHI,**

12                       **Defendant.**

13

14

15          In October 2014, this Court issued an arrest warrant for Defendant Randy Picchi because he

16   violated the conditions of his supervised release. Doc. 93. In January 2016, Defendant, proceeding *pro*

17   *se*, filed a "demand for speedy trial in accordance with [Penal Code] 1389 et al.," in which he states he is

18   currently serving a six-year sentence in California state prison. Doc. 94 at 2. Defendant now "demands a

19   speedy trial or dismissal in any pending or untried probation and/or criminal matters." *Id.* Defendant

20   provides no explanation or authority for his request.

21          Defendant's request is DENIED. Defendant has provided no reason why the Court should

22   dismiss his pending probation violation proceedings. To the extent Defendant's request is premised on

23   his Sixth Amendment right to a speedy trial, the Ninth Circuit has made clear that "[t]here is no Sixth

24   Amendment right to a speedy trial in supervised release revocation proceedings, because those

25   proceedings are not part of a criminal prosecution and thus the 'full panoply of rights due a defendant in

                                                     1

1  such a proceeding does not apply.'" *United States v. Gavilanes-Ocaranza*, 772 F.3d 624, 628 (9th Cir.

2  2014) (quoting *United States v. Hall*, 419 F.3d 980, 985 (9th Cir. 2005)).

3

4

5  IT IS SO ORDERED.

6  Dated:   **May 3, 2016**                      **/s/ Lawrence J. O'Neill**
                                      UNITED STATES CHIEF DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25